IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN K. HANKINS | : | CIVIL ACTION |
| | : | NO. 13-4929 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security | : | |

## **ORDER**

AND NOW, this 18th day of February, 2016, upon consideration of plaintiff Dawn Hankins' motion for reconsideration of my prior order (Dkt. No. 25) and defendant Commissioner of the Social Security Administration's response (Dkt. No. 26), and consistent with the accompanying Memorandum of Law, it is ORDERED that plaintiff's motion is DENIED.

                                                                        *s/Thomas N. O'Neill, Jr.*
                                                                       THOMAS N. O'NEILL, JR., J.